In the Matter of the Application of JAMES SWAN and Others, Petitioners, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and Others, Respondents, for an Order Directing and Requiring Those of the Respondents Constituting the Board of Elections of the City of New York, to Print and Place on the Ballots of the Next Primary Election to Be Held on September 16th, 1941, the Names of Petitioners and Those Similarly Situated and Named on Said Petitions, as Candidates for the Party Position of County Committeemen of the Democratic Party, of the 12th Election District to the 27th Election District, Inclusive, 5th Assembly District, New York County. JAMES SWAN and Others, Appellants; VINCENZO JAMES GENTILESCO and Others, Citizens, Objectors, Respondents.—Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE TOMBINI, Petitioner, Appellant, for the Determination of the Court as to the Designating Petitions Filed by or in Behalf of Candidates for the Office and Party Position of Democratic County Committeemen, in and for the 27th to the 36th Election Districts, Inclusive, of the First Assembly District West, New York County, Bearing the Following Names as Committee to Fill Vacancies: DANIEL E. FINN, JR., 9 Van Dam St., New York, N. Y., SUSAN DEPHILLIPS, 134 Christopher St., New York, N. Y., ELMER E. QUINN, 95 Christopher St., New York, N. Y., Respondents.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [177 Misc. 148.]

In the Matter of the Application of HERBERT A. DOWD and Others, Petitioners, Appellants, for the Determination of the Court as to Their Designations and as to the Designations of Others Similarly Situated for the Office of County Committee of the 27th, 28th, 29th, 30th, 31st, 32nd, 33rd, 34th, 35th and 36th Election Districts of the First Assembly District West in New York County, and for an Order Validating the Designating Petitions of the Petitioners and Others Similarly Situated Who Were Designated by Such Petitions for the Office of Party Position of County Committeemen in the Election Districts Aforementioned, etc. S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Respondents; PATRICK SHEA, Objector, Respondent.— Order reversed and the motion granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents.

In the Matter of the Application of META S. YOUNG and Others, Petitioners, Appellants, for the Determination of the Court as to Their Designations, and Others Similarly Situated, etc., against S. HOWARD COHEN, President, and Others, Commissioners, Constituting the Board of Elections of the City of New York, Respondents. WILLIAM M. STRANG, Objector, Respondent. In the Matter of the Application of WILLIAM M. STRANG, for the Determination by the Court as to the Designation of Members of County Committee Named in the Petition Known as the JOSEPH H. BRODERICK Petition, 13th Assembly District, New York County (Democratic Party).— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES P. RYAN and Others, etc., Petitioners, Respondents, for the Determination of the Court as to the Designation of MARY